

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00156-CR

TRAYWANN HOLLOWAY                                              APPELLANT

V.

THE STATE OF TEXAS                                                         STATE

----------

FROM CRIMINAL DISTRICT COURT NO. 1 OF TARRANT COUNTY
TRIAL COURT NO. 1400023D

----------

## MEMORANDUM OPINION[1]

----------

Appellant Traywann Holloway attempts to appeal his conviction and twelve-year sentence for possessing and intending to deliver between four and two hundred grams of cocaine.  We dismiss the appeal.

Pursuant to a plea bargain agreement, appellant pled guilty to possessing while intending to deliver between four and two hundred grams of cocaine.  While

---

[1]*See* Tex. R. App. P. 47.4.

doing so, he waived certain constitutional and statutory rights and judicially confessed that he had committed all acts alleged in his indictment. The trial court convicted appellant and sentenced him to twelve years' confinement. On the same day that the court imposed the sentence, it signed a certification of appellant's right to appeal that stated that this is a "plea-bargain case, and [appellant] has NO right of appeal." *See* Tex. R. App. P. 25.2(a)(2). Appellant and his counsel also signed the certification. Nonetheless, appellant filed a notice of appeal.

We sent a letter to appellant that explained the contents of the certification and stated that unless he filed a response showing grounds for continuing the appeal, we could dismiss it. *See* Tex. R. App. P. 44.3. Appellant filed a response, but it does not show adequate grounds for continuing the appeal. In accordance with the trial court's certification, we dismiss the appeal. *See* Tex. R. App. P. 25.2(a)(2), (d), 43.2(f); *Chavez v. State*, 183 S.W.3d 675, 680 (Tex. Crim. App. 2006).

PER CURIAM

PANEL: LIVINGSTON, C.J.; DAUPHINOT and GARDNER, JJ.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED: September 17, 2015